UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| MARY S. MORROW, | * | |
| --- | --- | --- |
| Plaintiff | * | |
| vs. | * | Civil Action No. 2:13-CV-00025 |
| THE DANIEL GROUP, INC., | * | |
| Defendant. | * | |

---

## JOINT STIPULATION OF DISMISSAL
---

It is hereby stipulated between the Plaintiff, Mary S. Morrow, and the Defendant, The Daniel Group, Inc., that Plaintiff's cause of action be dismissed with full prejudice, with each party to bear its own costs and fees, if any.

**MARY S. MORROW**

BY: *s/   **D. Bruce Shine**   *
D. Bruce Shine, Esq.
TN BPR No. 000815
Rodney B. Rowlett, III, Esq.
TN BPR No. 030330
LAW OFFICE OF D. BRUCE SHINE
433 East Center Street, Suite 201
Kingsport, TN 37660-4858
(423) 246-8433

1

THE DANIEL GROUP, INC.

BY: *s/      Stephen M. Darden*
Stephen M. Darden
TN BPR No. 011461
Joseph B. Harvey
TN BPR No. 028891
**HUNTER, SMITH & DAVIS, LLP**
100 Med Tech Pkwy., Ste. 110
Johnson City, TN  37604
(423) 283-6303; Fax: (423) 283-6301